United States District Court
Southern District of Texas
**ENTERED**
February 20, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Vivian Wilhite, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. H-18-866 |
| | § | |
| Texas Department of Family and Protective Services, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF ADOPTION

On January 27, 2020, Magistrate Judge Peter Bray issued a Memorandum and Recommendation (D.E. 69), recommending that Defendants' motion to dismiss (D.E. 42) be granted. Wilhite filed objections (D.E. 72), which are denied.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's opinion and order. The court will issue a separate final judgment.

Signed at Houston, Texas on February __19__, 2020.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE